Douglas E. Watts, SBN 182274
**THE WATTS LAW FIRM, P.C.**
193 Blue Ravine Rd., Suite 100
Folsom, CA 95630
Telephone: (916) 673-9008
Facsimile: (916) 404-5031
E-mail: dwatts@wattslawfirmpc.com

Attorneys for Plaintiff CATHERINE GODDARD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE GODDARD,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF EL DORADO; and DOES 1 through 50 Inclusive,<br><br>Defendants | Case No.   2:18-cv-02659-TLN-CKD<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION**<br><br>Current MSJ/MSA Hearing Date:   **May 14, 2020**<br>Requested **NEW** Hearing Date:   **June 11, 2020**<br><br>Time:   **2:00 p.m.**<br>Courtroom:   **2, 15th Floor**<br>Judge:   **The Hon. Troy L. Nunley** |

**I.   STIPULATION**

Plaintiff CATHERINE GODDARD ("GODDARD") and Defendant COUNTY OF EL DORADO ("COUNTY," and collectively "THE PARTIES") do hereby stipulate and agree as follows:

GODDARD has a pending Motion To Modify The Court's Initial Pretrial Scheduling Order (Doc. 18) which seeks to re-open discovery and other relief.  The Motion to Modify is opposed by the COUNTY and has been taken under submission by the Court.  The COUNTY has a pending Motion for Summary Judgment/Summary Adjudication (Doc. 15), which was originally set for hearing on March 5, 2020 and continued to April 2, 2020 upon GODDARD'S unopposed *ex parte* application (Docs. 26-28).  THE PARTIES agree that it makes sense to have GODDARD's Motion to Modify decided before the Motion for Summary Judgment/Adjudication.  THE

PARTIES further agree that the COVID-19 pandemic, and various governmental responses to such pandemic and the resulting disruption to daily life, is currently having an impact on counsels' ability to carry out the work necessary on the pending Motion for Summary Judgment. Therefore, THE PARTIES hereby stipulate to further continue and reset the hearing on COUNTY's Motion For Summary Judgment/Summary Adjudication to June 11, 2020.

So stipulated:

Dated:  April 29, 2020                                  **The Watts Law Firm, P.C.**

                                                                                /s/ Douglas E. Watts
                                                                        By:_____
                                                                                Douglas E. Watts, Esq.
                                                                                Attorneys for Plaintiff

So stipulated:

Dated:  April 29, 2020                                  Maloney Employment Law

                                                                                /s/ C. Christine Maloney
                                                                        By:_____
                                                                                C. Christine Maloney, Esq.
                                                                                Attorneys for Defendant COUNTY OF EL DORADO

**II.  ORDER**

Based upon the foregoing stipulation of THE PARTIES, the Court finds good cause to further continue the COUNTY'S Motion for Summary Judgment/Adjudication (Doc. 15).  The hearing date shall be continued and reset to June 11, 2020, at 2:00 p.m., in Courtroom 2 before the Honorable Troy L. Nunley. All briefing shall be filed in accordance with Local Rule 230 and the new hearing date.

**IT IS SO ORDERED.**

//

//

//

1  Dated:  April 29, 2020

2  
                                                   Troy L. Nunley

3                                                     United States District Judge

-3-

**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MSJ/MSA –**
**GODDARD v. COUNTY OF EL DORADO, ET AL., CASE NO. 2:18-CV-02659-TLN-CKD**